**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER, Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

*Additional Counsel on Signature Block*

*Attorneys for Nominal Defendant Monster Products, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRED KHALILIAN, Derivatively on Behalf of Nominal Defendant, MONSTER PRODUCTS INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONSTER PRODUCTS, INC., a Nevada corporation; NOEL LEE, an individual; KEVIN LEE, an individual; BRUCE GIESBRECHT, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through M, inclusive,<br><br>　　　　　Defendants.<br><br>and<br><br>Nominal Defendant, MONSTER PRODUCTS, INC., | Case No.: 2:19-cv-00831-JAD-BNW<br><br><br>**DEFENDANT MONSTER PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1 AND L.R. 7.1-1** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1-1 of the Local Rules of the District of Nevada, Nominal Defendant Monster Products, Inc. by and through its attorneys, the law firm of Dickinson Wright PLLC and Goodwin Procter LLP, certify that there are no known interested parties who may have a direct, pecuniary interest in the outcome of the case, other than those parties participating in the case.

///



These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 30th day of September 2019.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

*/s/ Michael N. Feder*
MICHAEL N. FEDER (NV Bar No. 7332)
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG (NV Bar No. 12332)
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

**GOODWIN PROCTER LLP**
LLOYD WINAWER (*Pro Hac Vice to be submitted*)
Email: lwinawer@goodwinlaw.com
DAVID CALLAWAY (*Pro Hac Vice to be submitted*)
Email: dcallaway@goodwinlaw.com
NICOLE L. CHESSARI (*Pro Hac Vice to be submitted*)
Email: nchessari@goodwinlaw.com
DANIEL R. MELLO JR. (*Pro Hac Vice to be submitted*)
Email: dmello@goodwinlaw.com
601 Marshall Street
Redwood City, CA  94063
Tel: (650) 752-3100
Fax:  (650) 853-1038

*Attorneys for Nominal Defendant Monster Products, Inc.*



# CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I hereby certify that on the 30th day of September 2019, a copy of the foregoing **DEFENDANT MONSTER PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1 AND L.R. 7.1-1** was served on the following via CM-ECF filing:

Elaine A. Dowling, ESQ.
EAD Law Group, LLC
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 724-2636
Fax: (702) 938-1028
Email: ead@eadlawgroup.com

*Attorney for Plaintiff*

and **by placing said copy in an envelope**, postage fully prepaid, in the U.S. Mail at Las Vegas, Nevada, said envelope addressed to:

Fred Khalilian
6245 Wilshire Blvd.,
Los Angeles, California 90048

*Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Max Erwin*
　　　　　　　　　　　　　　　　　　　　　　　An employee of Dickinson Wright PLLC

