# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Fred Khalilian, derivatively on behalf of nominal defendant, Monster Products, Inc., | Case No. 2:19-cv-00831-JAD-BNW |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| Monster Products, Inc., et al., | [ECF Nos. 15, 16, 18, 19, 21] |
| Defendants | |

Nominal Defendant Monster Products, Inc. moves to dismiss this putative shareholder derivative action filed by Fred Khalilian.[1] The deadline to oppose that motion passed without response. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply Local Rule 7-2(d) and deem plaintiff's failure to oppose this motion as his consent to granting it. Accordingly, IT IS HEREBY ORDERED that **Monster Products, Inc.'s Motion to Dismiss** Shareholder Derivative Complaint Under Fed. R. Civ. P. 23.1 and 12(b)(6) **[ECF Nos. 16, 18] is GRANTED. This case is DISMISSED in its entirety.**

Also pending is Khalilian's counsel's motion to withdraw.[2] Good cause appearing, IT IS FURTHER ORDERED that Khalilian's unopposed motion to withdraw **[ECF No. 19] is GRANTED.** The Clerk of Court is directed to SEND a copy of this order to Fred Khalilian at 6245 Wilshire Blvd., Los Angeles, CA, 90048, and CLOSE THIS CASE.

---

[1] ECF Nos. 16, 18 (corrected image).
[2] ECF No. 19.

IT IS FURTHER ORDERED that Khalilian's motion to extend time to respond to the court's notice of intent to dismiss under FRCP 4m[3] **[ECF No. 15] is DENIED** as moot because this case is being dismissed based on Monster's motion to dismiss, not based on FRCP 4m. Monster's motion to stay discovery **[ECF No. 21] is DENIED** as moot, too.

Dated: November 18, 2019

                                                  U.S. District Judge Jennifer A. Dorsey

---

[3] ECF No. 14.