AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Fred Khalilian

                    Plaintiff,

    v.

Monster Products, Inc, et al.

                    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00831-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the Defendants and against the Plaintiff.

11/18/19
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk